People of the State of Illinois, Plaintiff-Appellee, v. Fletcher West, Defendant-Appellant.

Gen. No. 49,654.

First District, Second Division.

June 29, 1965.

Richard S. Jemilo, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joseph A. Malek, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.